

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER**
(Probation Form - Waiver of Hearing is Attached)

REC'D-PROB
2010 JUL 26 PM 4: 21
USDC-PHILA

Offender Name: **Michael Schaefer**  Case No.: **2:99-CR00108-003**

Name of Sentencing Judicial Officer: **The Honorable Harvey Bartle, III**

Date of Original Sentence: **August 3, 1999**

Original Offense: **Conspiracy (Count One); armed bank robbery (Count Two); and use of a firearm during a violent crime (Count Three).**

Original Sentence: **One hundred and fifty months custody (60 months on Count One and 96 months on Count Two to be served concurrently and 60 months on Count Three to be served consecutively to Counts One and Two). A special assessment of $300 was ordered.**

Special Conditions: **None.**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **June 24, 2010**

U. S. Attorney's Response: No Objections **X**  Objections _  No Response _

FILED
JUL 27 2010
MICHAEL E. KUNZ, Clerk
By___ Dep. Clerk

## PETITIONING THE COURT

Mr. Schaefer has an extensive poly substance abuse history. He self reported that he completed a 40-hour drug treatment program while in the custody of the Bureau of Prisons (unverified). The offender denies the need for further drug treatment, reporting that he last used marijuana and alcohol at the age of 25 years old.

Although Mr. Schaefer has made a fair initial adjustment to supervision, we believe that the offender's past substance abuse history may pose a supervision risk. As such, we request a modification of his supervision conditions to include drug aftercare.

On July 2, 2010, Mr. Schaefer was advised that he could contact an attorney regarding our plan to seek a drug aftercare condition. However, he opted not to speak with an attorney and on July 7, 2010, he signed the attached Waiver of Hearing Form indicating his agreement with our proposal.

Our plan is to place the offender in our Random Urinalysis Testing (RUT) program, and if he relapses to drug use or shows signs of problematic alcohol use, the drug aftercare condition will enable us to place him in a drug treatment program. We understand that the latter would first require approval from the Court.

On July 12, 2010, we received notification from Assistant U.S. Attorney Peter Schenck that he has no objection to the proposed modification.

RE: Michael Schaefer
Case No.: 2:99CR00108-003

☒ To modify the conditions of supervision as follows:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment as approved by the Court after receiving a recommendation by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the Court.

Respectfully submitted,

Daniel W. Blahusch, Chief
U.S. Probation Officer

*Tamika L Baxley*
Tamika L. Baxley
U.S. Probation Officer

Approved:

*Jana N. Law*
Jana G. Law
Supervising U.S. Probation Officer
Date: 7/21/10

TLB

**ORDER OF THE COURT**

Considered and ordered this _26th_ day of _July_ _2010_ and ordered filed and made part of the records in the above case.

_Harvey Bartle_
U.S. District Court Judge